United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIGHT CONSULTING GROUP, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEAN ARORA, et al., <br><br> Defendants. | Case No. 25-cv-07672-NC <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> Re: ECF 1 |

Defendant Sean Arora, M.D. removed this case to this Court from Santa Clara County Superior Court on September 9, 2025. This Order requires Arora to "show cause" by filing a written response by September 24, 2025, explaining why this case should not be remanded back to state court for lack of subject matter jurisdiction.

Federal courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). District courts have subject matter jurisdiction through federal question or diversity jurisdiction. 28 U.S.C. §§ 1331, 1332. Diversity jurisdiction requires complete diversity of citizenship and an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a).

Arora claims that there is diversity of citizenship because he is a resident of Washington, co-Defendant Smarter Swipe, Inc. is incorporated/organized under the laws of Nevada, and Plaintiffs Knight Consulting Group, LLC and Sandbox General

Technologies, Inc. are organized under the laws of California. ECF 1 ¶¶ 8–9, 11, 13. But "for the purposes of diversity . . . an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Without information on the citizenship of Knight Consulting Group's owners/members, this Court cannot assess whether complete diversity exists.

The Court finds that Arora provided sufficient information to establish that the amount in controversy threshold is satisfied. ECF 1 ¶ 24.

In conclusion, Arora has not established that federal subject matter jurisdiction is satisfied because he provides the incorrect test for citizenship of an LLC and does not provide sufficient facts. Accordingly, Arora must show cause in writing by September 24, 2025, why this case should not be remanded back to state court for lack of subject matter jurisdiction. Plaintiffs may respond by October 1, 2025.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge